UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>REQUEST FOR ORDER REQUIRING FACEBOOK, INC. TO PRODUCE DOCUMENTS AND THINGS | Case No.: C 12-80171-MISC LHK (PSG)<br><br>**ORDER GRANTING EX PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING**<br><br>**(Re: Docket No. 1)** |

Applicants Jawed Karim and Anisa Daftary (collectively, "Applicants") are surviving family members of Sahar Daftary ("Daftary") and have filed an ex parte application to obtain certain discovery from Facebook, Inc. ("Facebook") for use in a foreign proceeding. They seek leave to subpoena records from Daftary's Facebook account from November 20 to December 11, 2008 to aid in a Coroner's Inquest proceeding in Manchester, England.[1] According to Richard Slade, the Solicitor engaged by Applicants to represent them, the Coroner's Office invited Applicants to provide the records to show Daftary's state of mind when she died.[2] Applicants

---

[1] Applicants previously applied ex parte to subpoena records from Sahar Daftary's Facebook account for the period covering a none-day period from December 12-20, 2008. Judge Lloyd granted their request. *See* <u>In re Request for Order Requiring Facebook, Inc. to Produce Documents and Things</u>, Case No. C 11-80190 Misc. LHK (HRL). Applicants now believe that records related to the twenty days preceding that time period are necessary for the Coroner's Inquest.

[2] *See* Docket No. 3.

1

Case No.: C 12-80171 LHK (PSG)
ORDER

dispute that Daftary may have committed suicide. The court GRANTS the Applicants' request to serve a subpoena. The court's order is without prejudice, however, to Facebook moving to quash that subpoena, and any hearing on such a motion to quash may be heard on an expedited basis. The Applicants shall immediately serve a copy of this order on Facebook together with their subpoena.

**IT IS SO ORDERED.**

Dated: 7/20/2012

PAUL S. GREWAL
United States Magistrate Judge

2

Case No.: C 12-80171 LHK (PSG)
ORDER